UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL SIMPSON,

    Petitioner,                                                             Case No. 1:02-cv-862

v                                                                         Hon. Wendell A. Miles

MICHIGAN DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      On January 23, 2006, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that Darrell Simpson's petition for writ of habeas corpus be denied. Neither party has filed objections to the R & R. The court, having reviewed the petition and the R & R filed by the United States Magistrate Judge in this action, agrees with the recommended disposition contained in the R & R. Judgment will therefore be entered accordingly.

      Entered this 21st day of March, 2006.

                                                                    /s/ Wendell A. Miles
                                                                    Wendell A. Miles
                                                                    Senior U.S. District Judge