UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL SIMPSON,

    Petitioner,                                                   Case No. 1:02-cv-862

v                                                            Hon. Wendell A. Miles

MICHIGAN DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

## JUDGMENT

The petition for habeas corpus is denied.

Entered this 21st day of March, 2006.

                                                                      /s/ Wendell A. Miles
                                                                      Wendell A. Miles
                                                                      Senior U.S. District Judge